IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01112-WDM-CBS

D'ANN SEDILLO,

    Plaintiff,

v.

JOUBERT S.A. MALAYSIA, et al.,

    Defendants,

## ORDER

Miller, J.

    This matter is before me on defendants Highland Group Corp., Cequent Consumer Products, Inc., Cequent Towing Products, Inc., and Trimas Corporation's (collectively the Highland Defendants) response show cause order, filed July 5, 2006. (Docket No. 17)  Having considered this response, it is ordered that the Highland Defendants' notice of removal will hereafter be considered amended by their response to my show cause order.

    DATED at Denver, Colorado, on July 20, 2006.

BY THE COURT:

s/ Walker D. Miller
United States District Judge

PDF FINAL