# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| **Civil Action No.:   06-cv-01112-WDM-CBS** | FTR - Reporter Deck, Crtrm A501 |
| **Date: October  25,  2006** | Courtroom Deputy,  Ellen E. Miller |

| | |
|---|---|
| D'ANN   SEDILLO, | Melissa J.  Hessler (by telephone) |
| | Howard S.  Ross   (by telephone) |
| **Plaintiff(s),** | |
| v. | |
| JOUBERT S.  A.  MALAYSIA, | - - - - |
| JOUBERT S.  A. (M) SDN BHD, | - - - - |
| HIGHLAND GROUP INDUSTRIES, | Daniel S.  Wittenberg (by telephone) |
| CEQUENT CONSUMER PRODUCTS, INC., | |
| CEQUENT TOWING PRODUCTS, INC., | |
| TRIMAS CORPORATION,  and | |
| WAL-MART  STORES, INC., | - - - - - - |
| **Defendant(s)** | |

## COURTROOM   MINUTES  /  MINUTE  ORDER

**HEARING:    TELEPHONIC  MOTIONS  HEARING**
**Court in Session**:    2:14   p.m.
Court calls case.  Telephonic appearance of counsel.  This conference is held in Courtroom A-501.

Discussion is held regarding the pending Motion for Letters Rogatory.   It is noted the defense had originally objected to the first request for  issuance of Letters Rogatory.

Mr. Wittneberg advises the Court that there is  no opposition to the current motion.

**It is ORDERED:**    Plaintiff's    MOTION FOR    THE  ISSUANCE  OF LETTERS ROGATORY   TO SERVE THE MANUFACTURING  DEFENDANT, JOUBERT MALAYSIA, IN MALAYSIA  (Docket No. **38,**  Filed October 05, 2006) is  **GRANTED**    for reasons as stated on the record.

The Court signs the  Request  for  International  Judicial  Assistance (Letter Rogatory).

*06-cv-01112-WDM-CBS*
*Telephonic Motions Hearing*
*October 25, 2006*

The stay remains in effect at this time. A Status Conference will be set by Minute Order near the end of February 2007.

Mr. Ross notes the process server requires two (2) original signed Orders, two (2) Summonses with the court seal, and two (2) copies of the Complaint with the court seal. Magistrate Judge Shaffer directs counsel to visit the clerk of the court's office tomorrow to obtain the documents needed.

HEARING CONCLUDED.

**Court in recess:** 2:25 p.m.
Total in court time:   00:11