IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01112-WDM-CBS

D'ANN SEDILLO,

      Plaintiff,

v.

JOUBERT S.A. MALAYSIA,
JOUBERT S.A. (M) SDN BHD,
HIGHLAND GROUP INDUSTRIES,
CEQUENT CONSUMER PRODUCTS, INC,
CEQUENT TOWING PRODUCTS, INC.,
TRIMAS CORPORATION, and
WAL-MART STORES, INC.,

      Defendants.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that Plaintiff's Unopposed Motion for Re-Issuance of Letter Rogatory to Serve the Manufacturing Defendant, Joubert Malaysia, In Malaysia (*doc. no. 44)* is **GRANTED**.

**DATED:**     November 28, 2006