IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01112-WDM-CBS

D'ANN SEDILLO,

    Plaintiff,

v.

JOUBERT S.A. MALAYSIA,
JOUBERT S.A. (M) SDN BHD,
HIGHLAND GROUP INDUSTRIES,
CEQUENT CONSUMER PRODUCTS, INC,
CEQUENT TOWING PRODUCTS, INC.,
TRIMAS CORPORATION, and
WAL-MART STORES, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Discovery (*doc. no. 65)* is **DENIED**, without prejudice. The court does not permit counsel to file a disputed discovery motion unless and until counsel complies fully with Rule 7.1A and this court's practice standards; as explained during the Rule 16(b) scheduling conference on April 27, 2007, and reflected in the "Courtroom Minutes/Minute Order (*doc. no. 53)*.

**DATED:**    July 9, 2007