IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01112-WDM-CBS

D'ANN SEDILLO,

    Plaintiff,

v.

JOUBERT S.A. MALAYSIA, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Doc. Nos. 72 & 73 are stricken pursuant to Judge Miller's Pretrial and Trial Procedures Rule 6.3.  Defendant may refile on or before September 5, 2007.

Dated:  August 22, 2007

                                  s/ Jane Trexler, Judicial Assistant