IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 06-cv-01112-WDM-CBS

D'ANN SEDILLO,

    Plaintiff,

v.

JOUBERT S.A. MALAYSIA,
JOUBERT S.A. (M) SDN BHD,
HIGHLAND GROUP INDUSTRIES,
CEQUENT CONSUMER PRODUCTS, INC,
CEQUENT TOWING PRODUCTS, INC.,
TRIMAS CORPORATION, and
WAL-MART STORES, INC.,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that the Stipulated Motion for Protective Order (*doc. no. 79)* is **GRANTED**. The proposed stipulated protective order (*doc. no. 79-2)* is accepted by the court.

    In addition to FED.R.CIV.P. 26(c)(2), and D.C.COLOL.CIVR. 7.2 parties are **ORDERED** to comply with all applicable Federal Rules of Civil Procedure (FED.R.CIV.P.) and the Local Rules of Practice in the United States District Court for the District of Colorado (D.C.COLOL.CIVR.) regarding the execution of this protective order.

**DATED:**    September 4, 2007