IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 06-cv-01112-WDM-CBS

D'ANN SEDILLO,

    Plaintiff,

v.

JOUBERT S.A. MALAYSIA, et al.,

    Defendants.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Defendants' motion to file supplemental brief is granted.

Dated: November 13, 2007

                                              s/ Jane Trexler, Judicial Assistant