IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-01112-WDM-CBS

D'ANN SEDILLO,

    Plaintiff,

v.

JOUBERT S.A. MALAYSIA, et al.,

    Defendants.

---

## AMENDED NOTICE OF DISMISSAL

---

    The court takes judicial notice that the parties have filed an Amended Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1) to correct the previously filed stipulation (doc. no. 96) which erroneously stipulated to dismissal of all parties.  Accordingly, the complaint is dismissed with prejudice as to Highland Group Corporation, Cequent Consumer Products, Inc., Cequent Towing Products, Inc., Trimas Corporation, and Wal-Mart Stores, Inc. only, each party to pay his or its own costs and

attorneys' fees.  The claims against defendants Joubert S.A. Malaysia and Joubert S.A. (M) SDN BHD remain pending.

    DATED at Denver, Colorado, on November 19, 2007.

                                              BY THE COURT:

                                              s/ Walker D. Miller
                                              United States District Judge