# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01112-WDM-CBS

D'ANN SEDILLO,

       Plaintiff,

vs.

JOUBERT S.A. MALAYSIA;
JOUBERT S.A. (M) SDN BHD;
HIGHLAND GROUP INDUSTRIES;
CEQUENT CONSUMER PRODUCTS, INC.;
CEQUENT TOWING PRODUCTS, INC.;
TRIMAS CORPORATION; AND
WAL-MART STORES, INC.,

       Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

**THIS MATTER** comes before the Court on the parties' Stipulation for Dismissal with Prejudice, and the Court having reviewed the same and being fully advised in the premises, it is hereby;

**ORDERED** that this matter is dismissed with prejudice, each party to pay their own costs, expenses, and attorney's fees.

**ENTERED** this _12th_ day of _February_ , 2008.

BY THE COURT:

_____

Magistrate Judge

00298307